**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JK MERZ CONSTRUCTION, Inc.

    Plaintiff,

    v.

FIRST REPUBLIC BANK, et al.,

    Defendants.

_____/

No. C 05-4122 PJH

**ORDER DENYING EX PARTE REQUEST FOR SHORTENED TIME**

The court has reviewed the papers submitted in connection with plaintiff's Ex Parte Application for Order Shortening Time for Service of Motion to Remand. It is apparent from the papers that plaintiff is requesting that the court order a hearing on plaintiff's motion to remand on shortened time. The court, however, is unable to grant plaintiff's application, since plaintiff has not yet filed a properly noticed motion to remand.

Should plaintiff file a properly noticed motion to remand, the court will consider sua sponte the merits of any request for an expedited hearing.

Accordingly, plaintiff's application is DENIED.

**IT IS SO ORDERED.**

Dated: October 26, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge