**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JK MERZ CONSTRUCTION, Inc.

    Plaintiff,

    v.

FIRST REPUBLIC BANK and DOES 1 through 10, inclusive,

    Defendants.

_____/

No. C 05-4122 PJH

**ORDER DENYING REQUEST FOR HEARING ON SHORTENED TIME**

    The court has reviewed plaintiff's request for a hearing on shortened time regarding plaintiff's motion to remand. Having considered all the arguments in support of, and in opposition to, plaintiff's request, the court finds that good cause for a hearing on shortened time has not been established.

    Accordingly, plaintiff's request is DENIED. The hearing on plaintiff's motion shall take place as currently scheduled, on November 30, 2005. The opposition and reply brief shall be filed in accordance with Civil Local Rule 7-3.

**IT IS SO ORDERED.**

Dated: November 1, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge