Donald F. Drummond (No. 052986)
DRUMMOND & ASSOCIATES
One California Street, Suite 300
San Francisco, CA 94111
Telephone: (415) 433-2261
Facsimile: (415) 438-9819

Attorneys for Plaintiff JK Merz Construction, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JK MERZ CONSTRUCTION, INC. ) | Case No. C 05-04122 PJH |
| ) | |
| Plaintiff, ) | **ORDER REMANDING ACTION** |
| ) | |
| v. ) | |
| ) | |
| FIRST REPUBLIC BANK and DOES 1 ) | |
| through 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

Upon the written stipulation of the parties filed in this action,

IT IS HEREBY ORDERED that this matter is remanded to the Superior Court of the County of Marin.

Dated: 11/14/05

_[signature]_
United States District Court Judge

G:\drummondassoc\merz\pldg\remand-ord.wpd

DRUMMOND & ASSOCIATES
1 California St., Suite 300
San Francisco, CA 94111
415-433-2261
Fax: 415-438-9819

1

ORDER REMANDING ACTION [No. C 05-04122 PJH]